UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

CRYSTAL LEE ORNBAUN, No. 11-13593

                          Debtor(s).
_____/

KIRK FOX, as conservator of the estate
of Sarah Joan Ornbaun,

                          Plaintiff(s),

     v.                                                     A.P. No. 12-1019

CRYSTAL LEE ORNBAUN,

                          Defendant(s).
_____/

Tentative Decision
_____

The court does not see how attorneys' fees are can be awarded under § 523(d) of the Bankruptcy Code in this adversary proceeding, as the debt sued upon does not appear to be a consumer debt as defined by § 101(8) of the Code.

Dated: July 13, 2012

                                                           Alan Jaroslovsky
                                                           U.S. Bankruptcy Judge